# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN LANGLEY, </br></br>Plaintiff, </br></br> v. </br></br> NATIONAL PUBLIC RADIO, INC. </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Case No. 1:22-cv-00016 </br> ) </br> ) </br> ) </br> ) </br> ) |

## JOINT STATUS REPORT

Plaintiff Kevin Langley and Defendant National Public Radio, Inc. ("NPR"), pursuant to the Court's Order, report that they have met and conferred but have thus far been unable to agree on a procedure for resolving the outstanding issues. They each set forth their own individual proposals below.

### Plaintiff's Proposal

Plaintiff requests limited discovery, including interrogatories and documents requests and one or two depositions on the remaining breach claim. Plaintiff is rejecting Defendant's offer of judgment.

### Defendant's Proposal

NPR does not dispute that it failed to timely make one of the payments owed under Plaintiff's separation agreement. That payment, which after taxes totaled $10,812.32, was due in September 2019 but not paid until January 2020. NPR has made an Offer of Judgment to Plaintiff in the amount of $1,500.00 in an effort to resolve the lone remaining claim. That offer pursuant to Fed. R. Civ. P. 68, will remain open for 14 days from today, though Plaintiff has indicated he is rejecting it. Given his decision, in order to resolve the breach of contract claim,

NPR proposes that the parties brief the issue of damages based on the existing record, and allow the Court to then decide the amount of damages to which Mr. Langley is entitled. Discovery has already been completed on the breach of contract claim (*see* Doc. 20), and NPR opposes Plaintiff's proposal to reopen it.

Dated: March 6, 2026                                             Respectfully submitted,

*/s/ David A. Branch (with permission)*                          */s/ Thomas R. Chiavetta*
David A. Branch (DC Bar No. 438764)                              Thomas R. Chiavetta (DC Bar No. 985370)
LAW OFFICE OF DAVID A. BRANCH                                    JONES DAY
1120 Connecticut Ave. NW, Suite 500                              51 Louisiana Ave., N.W.
Washington, DC 20036                                             Washington, DC 20001
(202) 785-2805                                                   (202) 879-3975
davidbranch@branchlaw.com                                        tchiavetta@jonesday.com

*Counsel for Plaintiff*                                          *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, a true and accurate copy of the foregoing was filed using the CM/ECF system, which will send notification of such filing to the Court and Plaintiff's counsel.

*/s/ Thomas R. Chiavetta*